UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROY C. PATTON, MARK A. DREWES, KAREN L. PATTON, FRONTIER FINANCIAL HOLDINGS, INC., and FRONTIER CPA GROUP, LLP,<br>      Plaintiffs,<br><br>vs.<br><br>FIDUCIAL FINANCIAL SERVICES, INC., FIDUCIAL BUSINESS CENTERS, INC., FIDUCIAL, INC., FIDUCIAL, S.C., YVES MORARD-LACROIX, WILLIAM MORICE, CHRISTIAN LATOUCHE, FIDUCIAL, INC. BOARD OF DIRECTORS, and FIDUCIAL S.C. BOARD OF DIRECTORS,<br>      Defendants. | 1:05-cv-1481 RLY-WTL |

**ORDER ON PLAINTIFFS' MOTION TO AMEND AND ON DEFENDANTS' MOTION TO DISMISS**

On January 10, 2006, Defendants filed a Motion to Dismiss Plaintiffs' claims for fraud. Since then, Plaintiffs have filed a Motion for Leave to File an Amended Verified Complaint. Defendants do not object to Plaintiffs amending their complaint.

The court, having examined the motions and being duly advised, hereby **grants** Plaintiffs' Motion for Leave to File an Amended Verified Complaint (Docket #40), and **denies** Defendants' Motion to Dismiss the fraud claims (Docket #25) as moot.

Plaintiffs' Amended Verified Complaint is deemed filed as of the date of this Order.

Dated: March 14, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to:

Andrew Patrick Berry
GOODIN ORZESKE & BLACKWELL
aberry@goblaw.com

Jennifer L. Blackwell
GOODIN ORZESKE & BLACKWELL
jblackwell@goblaw.com

Mary F. Schmid
STEWART & IRWIN, P.C.
mschmid@silegal.com